PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Melissa Gwen Ajer**

**Docket No. 0:02CR00119-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Melissa Gwen Ajer** who was sentenced for Forged Securities on October 29, 2002, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, Minnesota, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- 150 days Home Confinement with Electronic Monitoring
- Mental Health Treatment
- Financial Disclosure
- No new Debt/Credit
- Employment Requirement/Restrictions
- Mandatory Drug Testing
- Restitution in the amount of $77,339.68

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not leave the judicial district without the permission of the court or probation officer.

From June 15 to June 19, 2005, the defendant traveled to Las Vegas, Nevada, without the permission of the Court or the U.S. Probation Office.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 50 hours of community service, as approved by the probation officer.

SCANNED
JUN 22 2005
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 22nd day of June, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer

Executed on June 21, 2005
Place St. Paul

c: United States Sentencing Commission