Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Melissa Gwen Ajer

Docket No. 0:02CR00119-001

**HEARING WAIVER**

I, Melissa Gwen Ajer, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 50 hours of community service, as approved by the probation officer.

Signed: Melissa Gwen Ajer

Melissa Gwen Ajer
Supervised Releasee

Witness:

Lisa L. Martinetto

Dated: 6-21-05

SCANNED
JUN 22 2005
U.S. DISTRICT COURT ST. PAUL